# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Anderson, Jr., Joseph F. | United States District Court - District of South Carolina | 5/9/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge - Senior | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

901 Richland Street
Columbia, SC 29201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., Joseph F. | 5/9/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | ▓▓▓▓▓▓▓▓ - Adjunct Instructor Pay | $75,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | S.C. Assn. for Justice | 8/7/15-8/9/15 | Hilton Head Island, SC | Annual Convention | Lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., Joseph F. | 5/9/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., Joseph F. | 5/9/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Checking Account | A | Interest | L | T | | | | | |
| 2.  US Savings Bond (Series I) | C | Interest | L | T | | | | | |
| 3.  Money Market Account: Merrill Lynch Wealth Mgmt. | A | Interest | N | T | | | | | |
| 4.  Stock: Gilead Sciences | A | Dividend | K | T | | | | | |
| 5.  Stock: Kinder Morgan Inc. | A | Dividend | J | T | | | | | |
| 6.  Stock: Johnson&Johnson | A | Dividend | K | T | | | | | |
| 7.  Stock: AT&T | B | Dividend | K | T | | | | | |
| 8.  Stock: Duke Energy | C | Dividend | L | T | | | | | |
| 9.  Stock: SCANA | B | Dividend | L | T | | | | | |
| 10.  Stock: Exxon Mobil | C | Dividend | M | T | | | | | |
| 11.  Gold Deposit: Standard & Poors | A | Dividend | J | T | | | | | |
| 12.  Mutual Fund: Vanguard Wellington | C | Dividend | L | T | | | | | |
| 13.  Mutual Fund: Vanguard Global Equity | A | Dividend | J | T | | | | | |
| 14.  Mutual Fund: Vanguard Energy Fund | B | Dividend | K | T | | | | | |
| 15.  Mutual Fund: Vanguard Dividend Growth | A | Dividend | L | T | | | | | |
| 16.  Mutual Fund: Vanguard Selected Value | A | Dividend | K | T | | | | | |
| 17.  Mutual Fund: Vanguard Health Care | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Ltd. P-Ship Interest: Enterprise Products Partners, | A | Distribution | K | T | | | | | |
| 19. Ltd. P-ship Interest: Energy Transfer Equity | A | Distribution | K | T | | | | | |
| 20. Ltd. P-Ship Interest: Plains All American Pipeline | A | Distribution | K | T | | | | | |
| 21. Land Tract: Unimproved 1.77 acres in Pickens County, SC | | None | K | R | Buy | 06/21/15 | K | | Ashley & Josh Jones |
| 22. Savings Acount - Branch Bank & Trust | A | Int./Div. | | | Closed | 03/05/15 | K | A | n/a |
| 23. Cert. of Deposit - Branch Bank & Trust | A | Interest | | | Closed | 03/05/15 | J | A | n/a |
| 24. Cert. of Deposit - Branch Bank & Trust | A | Interest | | | Closed | 03/05/15 | K | A | n/a |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., Joseph F. | 5/9/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Branch Bank & Trust Co.; Columbia, SC

2. Series I Savings Bond

3. Merrill Lynch Wealth Mgmt. (formerly Bank of America Cash Reserves); Columbia, SC.

4. Gilead Sciences (stock)

5. Kinder Morgan (Note: on previous reports, this was listed as a limited partnership interest. The company has now converted to a stock company.)

6. Johnson & Johnson (stock)

7. AT&T (stock)

8. Duke Energy (stock)

9. SCANA (stock)

10. Exxon Mobil (stock)

11. Standard and Poors Deposit Receipt; NY Exchange Traded Fund

12. Vanguard Wellington Fund; Philadelphia, PA

13. Vanguard Global Equity Fund; Philadelphia, PA

14. Vanguard Energy Fund; Philadelphia, PA

15. Vanguard Dividend Growth

16. Vanguard Selected Value

17. Vanguard Health Care

18. Energy Enterprise Partners; Houston, TX

19. Energy Transfer Equity; Dallas, TX

20. Plains All American Pipeline; Houston, TX

21. Land Tract: Unimproved 1.77 acres in Pickens County, SC, purchased on 6/21/15 for $18,500.

22. Branch Bank & Trust, Columbia, SC - Closed 3/5/15

23. Branch Bank & Trust, Columbia, SC - Closed 3/5/15

24. Branch Bank & Trust, Columbia, SC - Closed 3/5/15

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., Joseph F. | 5/9/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joseph F. Anderson, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544